IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE EDWARD WALDORF,                            No. 20-cv-00806-JE

        Petitioner,                                     ORDER

    v.

JEFF PREMO,

        Respondent.

HERNÁNDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation on November 22, 2021 in which he recommends that this Court deny the Petition for Writ of Habeas Corpus, dismiss this case with prejudice, and decline to issue a Certificate of Appealability. F&R, ECF 32. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Petitioner filed timely objections to the Magistrate Judge's Findings and Recommendation. Pet. Obj., ECF No. 34 When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks' Findings and Recommendation, No. 32. Therefore, Waldorf's Petition for Writ of Habeas Corpus, No. 1, is denied. Further, the Court dismisses Waldorf's petition with prejudice, and the Court declines to issue a Certificate of Appealability.

IT IS SO ORDERED.

DATED: __February 8, 2022__

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER